## CITY OF SAVANNAH *v.* MARTIN.

IN ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF GEORGIA.

Decided April 2d, 1883.

Mr. Justice Matthews delivered the opinion of the court.

This case is identical in its circumstances with that of the mayor and aldermen of the city of Savannah, plaintiffs in error, against Eugene Kelly.

*Judgment affirmed.*